No. 04–5454. ANTUNEZ-PINEDA v. UNITED STATES; RENTERIA-BARRIENTOS v. UNITED STATES; MENA-MONTOYA v. UNITED STATES; MARTINEZ-VENCES v. UNITED STATES;

SALGADO-DIAZ *v.* UNITED STATES; and VELASQUEZ-MEZA *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. 